**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1222**

─────────────

CAUSTIN LEE MCLAUGHLIN,

        Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; FRANK BISIGNANO, Commissioner of Social Security,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:25-cv-00451-ABA)

─────────────

Submitted:  September 25, 2025                    Decided:  September 29, 2025

─────────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Caustin Lee Mclaughlin, Appellant Pro Se.  Jean Godfrey, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caustin Lee Mclaughlin seeks to appeal the district court's February 12, 2025, notice reflecting its receipt of Mclaughlin's complaint as transferred to that court by the United States Court of Federal Claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The notice that Mclaughlin seeks to appeal is neither a final order, given that litigation on his claims is ongoing, nor is it an appealable interlocutory or collateral order. Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*